**381-13**

# ELECTRONIC RECORD

CCA #   14-12-00509-CR

OFFENSE   Failure to Register as a Sex Offender

STYLE:   Reynaldo Lafayette Jelks v. The State of Texas

COUNTY   Harris

TRIAL COURT:   351st District Court

TRIAL COURT #:   1247846

TRIAL COURT JUDGE:   Judge, 351st District Court

DISPOSITION: *Affirmed as modified*

DATE: 2/21/13

JUSTICE: *Busby*   PC ___ S ✓

PUBLISH: ✓   DNP: _____

_____ MOTION

FOR REHEARING IS: _____

DATE: _____

JUDGE: _____

CLK RECORD: 1 vol.

RPT RECORD: 5 vols

STATE BR: Yes

APP BR: Yes

SUPP CLK RECORD   2 vols

SUPP RPT RECORD   No

SUPP BR   No

PRO SE BR   No

## IN THE COURT OF CRIMINAL APPEALS

**381-13**

## ELECTRONIC RECORD

State's _____ Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

*granted + remanded*

DATE: *April 16, 2014*

JUDGE: *PC*

_____ MOTION FOR REHEARING IN

CCA IS: _____ ON _____

JUDGE: _____

CCA # _____

Disposition: _____

DATE: _____

JUDGE: _____

SIGNED: _____   PC: _____

PUBLISH: _____   DNP: _____

MOTION FOR STAY OF MANDATE IS:

_____ ON _____

JUDGE: _____